# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Advanced Surgery Center LLC,

       Plaintiff,                      Case No. 24-11636

v.                                        Judge Jonathan J.C. Grey

State Farm Mutual Automobile
Insurance Company,

       Defendant.

_____/

## **JUDGMENT**

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that plaintiff's cause of action is **REMANDED TO WAYNE COUNTY CIRCUIT COURT**.

**SO ORDERED**.

                                          **s/ Jonathan J.C. Grey**
                                          JONATHAN J.C. GREY
Dated:  September 12, 2024       UNITED STATES DISTRICT JUDGE

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 12, 2024.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager